**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tyrone Javelle BOWENS, a/k/a Ty, Defendant–Appellant.**

**No. 06–7020.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 13, 2006.

Decided: Jan. 11, 2007.

Tyrone Javelle Bowens, Appellant Pro Se. Gretchen C.F. Shappert, United States Attorney, Matthew Theodore Martens, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

■ Tyrone Javelle Bowens appeals the district court's order denying Bowens' 18 U.S.C. § 3582(c) motion, which we construe as an untimely motion to reconsider the district court's order granting the United States' Fed.R.Crim.P. 35(b) motion and reducing Bowens' sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*